**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANGELA ISABEL PORTER, | Case No.: 1:25-cv-08071 |
| Plaintiff, | Judge John J. Tharp, Jr. |
| v. | Magistrate Judge Laura K. McNally |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Entry [67], Plaintiff, Angela Isabel Porter ("Plaintiff"), and Defendant Nos. 26 TOHOMA et al.[1] (collectively, the "Defendants"), submit this joint status report.

The Parties executed a settlement agreement under which Defendants agreed to pay Plaintiff the settlement amount, with payment due July 18, 2026. Defendants did not request an

---

[1] "Defendants" include Defendant Nos. 26 TOHOMA, 27 Funny Home Decor Gift, 33 Popular Arts, 34 Echoes on Canvas, 35 ZOEY WALL ART, 36 Elysian Gallery NB, 37 JH WAII ART, 38 wonderful poster, 43 RS ART PAINTING, 44 LIBERATY ART, 45 GREAT ARTISTE, 46 Mind Art, 50 Canvas Wonder, 52 WaLLICA, 54 BkFuture, 57 great poster, 58 OHIGOU, 59 Golden Retrieve, 60 AMVRAIN, 61 HDE Art Painting, 62 HHW Art Painting, 65 Oil Painting Arts, 67 Artisans Touch, 68 Decorate Dreams, 70 Your Art Haven, 71 Ranche shop, 72 Canvas Classics One, 73 NB poster, 74 LGYING ART, 75 LLX ART, 76 LCR ART, 83 LWT ART, 84 LYL ART, 85 Artistry Haven, 90 Freedom Wall Art, 91 CHEN JIN HUA, 92 Long zhen zhu, 93 YF Art Painting, 94 ZHW Wall Art, 95 HDL CANVAS ART, 96 HW WALL ART, 97 GUAN MING local one, 100 Jialingone local, 104 LJ poster, 105 ANTIPY, 106 RENZI WALL ART, 111 amiao Wall Art, 116 poster draw, 117 Wall Painting Art, 118 Canvas Classic Art, 121 Yally Wall Art, 122 Gummybear Wall Art, 123 Renaissance Rewind, 124 Canvas Classics, 125 Yangguan Poster, 126 Excellent Artist, 127 chic poster, 129 DANIFY, 131 WKB ART, 134 skt poster, 140 Wonderful unique poster, 142 BJHG Mall, 144 Thebester, 145 Artful Livin Wall Wonders Aesthetic Haven, 151 posters ONE, 153 EXCELLENTess, 154 Nice Poster House, 155 Majestic poster, 156 CJ Art House, 158 Artistlifehappy, 161 Beautiful poster style, 162 DRAW DREAMS, 163 JIAKE WALL ART, 164 Color Poster, 165 Top selling oil painting, 166 Vivid Prints, 167 apple poster, 168 TREASUER ILAND, 170 Beautiful poster house, 173 Thedistance poster, 175 OK poster, 176 poster good, 177 Beautiful flowers means love, 178 super oil painting, 179 Oil Painting Housez, 180 GOODJOB SHOP, 181 Artistic Impressions Posters, 183 Oil Painting Arter, 184 The House of Poster Art, 185 Ziping oil painting shop, 186 Decorative painting girl, 187 Printing canvas painting, 188 Oil painting lll, 189 Colorful Vision poster, 190 Canvas paintin one, 191 The home of super oil paintings, and 192 A painting worth appreciating.

extension of that deadline. The settlement amount was not remitted by the July 18, 2026 deadline and remains unpaid.

Consistent with the settlement agreement, Plaintiff is filing concurrently herewith an Agreed Motion for Entry of Consent Judgment for the full settlement amount, plus the reasonable attorneys' fees and costs incurred in entering and enforcing the judgment. Defendants consented to the entry of the proposed Consent Judgment when they executed the settlement agreement.

The Parties will keep the Court promptly apprised of any further developments.

DATED: August 4, 2026

Respectfully submitted,

| | |
|---|---|
| */s/ Keith A. Vogt* | */s/ Jiyuan Zhang* |
| Keith A. Vogt | Jiyuan Zhang |
| FL Bar No. 1036084/IL Bar No. 6207971 | J. Zhang and Associates, P.C. |
| Keith A. Vogt PLLC | 37-12 Prince Street, Suite 9C |
| 1820 NE 163rd Street, Suite #306 | Flushing, NY 11354 |
| North Miami Beach, Florida 33162 | Telephone: 718-701-5098 |
| Telephone: 312-971-6752 | E-mail: contact@jzhanglaws.com |
| E-mail: keith@vogtip.com | |

**ATTORNEY FOR PLAINTIFF**          **ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 4, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

*/s/ Keith A. Vogt*
Keith A. Vogt