# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ANGELA ISABEL PORTER, | Case No.: 1:25-cv-08071 |
| Plaintiff, | **Judge John J. Tharp, Jr.** |
| v. | **Magistrate Judge Laura K. McNally** |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

## AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiff, Angela Isabel Porter ("Plaintiff"), with the agreement and consent of Defendant

Nos. 26 TOHOMA et al.[1] (collectively, the "Defendants"), respectfully move the Court, pursuant

to the Parties' settlement agreement, for entry of the proposed Consent Judgment attached hereto

as **Exhibit A**. In support, the Parties state as follows:

The Parties executed a settlement agreement resolving all claims in this action. Under that

agreement, Defendants agreed to pay Plaintiff seventy-two thousand seven hundred fifty dollars

---

[1] "Defendants" include Defendant Nos. 26 TOHOMA, 27 Funny Home Decor Gift, 33 Popular Arts, 34 Echoes on Canvas, 35 ZOEY WALL ART, 36 Elysian Gallery NB, 37 JH WAII ART, 38 wonderful poster, 43 RS ART PAINTING, 44 LIBERATY ART, 45 GREAT ARTISTE, 46 Mind Art, 50 Canvas Wonder, 52 WaLLICA, 54 BkFuture, 57 great poster, 58 OHIGOU, 59 Golden Retrieve, 60 AMVRAIN, 61 HDE Art Painting, 62 HHW Art Painting, 65 Oil Painting Arts, 67 Artisans Touch, 68 Decorate Dreams, 70 Your Art Haven, 71 Ranche shop, 72 Canvas Classics One, 73 NB poster, 74 LGYING ART, 75 LLX ART, 76 LCR ART, 83 LWT ART, 84 LYL ART, 85 Artistry Haven, 90 Freedom Wall Art, 91 CHEN JIN HUA, 92 Long zhen zhu, 93 YF Art Painting, 94 ZHW Wall Art, 95 HDL CANVAS ART, 96 HW WALL ART, 97 GUAN MING local one, 100 Jialingone local, 104 LJ poster, 105 ANTIPY, 106 RENZI WALL ART, 111 amiao Wall Art, 116 poster draw, 117 Wall Painting Art, 118 Canvas Classic Art, 121 Yally Wall Art, 122 Gummybear Wall Art, 123 Renaissance Rewind, 124 Canvas Classics, 125 Yangguan Poster, 126 Excellent Artist, 127 chic poster, 129 DANIFY, 131 WKB ART, 134 skt poster, 140 Wonderful unique poster, 142 BJHG Mall, 144 Thebester, 145 Artful Livin Wall Wonders Aesthetic Haven, 151 posters ONE, 153 EXCELLENTess, 154 Nice Poster House, 155 Majestic poster, 156 CJ Art House, 158 Artistlifehappy, 161 Beautiful poster style, 162 DRAW DREAMS, 163 JIAKE WALL ART, 164 Color Poster, 165 Top selling oil painting, 166 Vivid Prints, 167 apple poster, 168 TREASUER ILAND, 170 Beautiful poster house, 173 Thedistance poster, 175 OK poster, 176 poster good, 177 Beautiful flowers means love, 178 super oil painting, 179 Oil Painting Housez, 180 GOODJOB SHOP, 181 Artistic Impressions Posters, 183 Oil Painting Arter, 184 The House of Poster Art, 185 Ziping oil painting shop, 186 Decorative painting girl, 187 Printing canvas painting, 188 Oil painting lll, 189 Colorful Vision poster, 190 Canvas paintin one, 191 The home of super oil paintings, and 192 A painting worth appreciating.

($72,750) (the "Settlement Amount") and to remit the Settlement Amount by July 18, 2026. Defendants did not provide notice that additional time was needed and did not request an extension of that deadline.

Defendants did not remit the Settlement Amount by the July 18, 2026, deadline. Consistent with the Parties' agreement, and with Defendants' consent, the Parties jointly move for entry of the proposed Consent Judgment attached hereto as Exhibit A, which awards the Settlement Amount, enters the agreed permanent injunction, and preserves Plaintiff's right to reasonable attorneys' fees and costs incurred in enforcing the judgment. This motion is agreed; Defendants consent to entry of the proposed Consent Judgment and do not oppose the relief requested.

Accordingly, the Parties respectfully request that the Court enter the proposed Consent Judgment attached hereto as Exhibit A against Defendants.

DATED: August 4, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 4, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

*/s/ Keith A. Vogt*
Keith A. Vogt

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ANGELA ISABEL PORTER,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-08071

**Judge John J. Tharp, Jr.**

**Magistrate Judge Laura K. McNally**

**CONSENT JUDGMENT**

This action having been commenced by Plaintiff ANGELA ISABEL PORTER ("Plaintiff") against the following Defendants ("Defendants") (collectively, the "Parties") identified on Schedule A to the Complaint, Plaintiff and Defendants have resolved all claims arising from the allegations in the Complaint:

| No. | Defendant Name | Account ID |
|---|---|---|
| 26 | TOHOMA | 634418217146871 |
| 27 | Funny Home Decor Gift | 634418216380250 |
| 33 | Popular Arts | 634418213573966 |
| 34 | Echoes on Canvas | 634418218964560 |
| 35 | ZOEY WALL ART | 634418218835634 |
| 36 | Elysian Gallery NB | 634418219818606 |
| 37 | JH WAII ART | 634418219697986 |
| 38 | wonderful poster | 634418216375121 |
| 43 | RS ART PAINTING | 634418215150703 |
| 44 | LIBERATY ART | 634418216859009 |
| 45 | GREAT ARTISTE | 634418216811002 |
| 46 | Mind Art | 634418218119687 |
| 50 | Canvas Wonder | 634418218371552 |
| 52 | WaLLICA | 634418217246950 |
| 54 | BkFuture | 601099723034054; |

|  |  | 634418217949962 |
| --- | --- | --- |
| 57 | great poster | 634418218139515 |
| 58 | OHIGOU | 634418218620481 |
| 59 | Golden Retrieve | 634418216271155 |
| 60 | AMVRAIN | 634418215995541 |
| 61 | HDE Art Painting | 634418218623798 |
| 62 | HHW Art Painting | 634418219461385 |
| 65 | Oil Painting Arts | 634418219231070 |
| 67 | Artisans Touch | 634418218335019 |
| 68 | Decorate Dreams | 634418218065338 |
| 70 | Your Art Haven | 634418219695519 |
| 71 | Ranche shop | 634418219370252 |
| 72 | Canvas Classics One | 634418219573843 |
| 73 | NB poster | 634418218649153 |
| 74 | LGYING ART | 634418219815701 |
| 75 | LLX ART | 634418219813266 |
| 76 | LCR ART | 634418219820944 |
| 83 | LWT ART | 634418219805119 |
| 84 | LYL ART | 634418219800324 |
| 85 | Artistry Haven | 634418218334841 |
| 90 | Freedom Wall Art | 634418218218325 |
| 91 | CHEN JIN HUA | 634418219878591 |
| 92 | Long zhen zhu | 634418219877495 |
| 93 | YF Art Painting | 634418219401456 |
| 94 | ZHW Wall Art | 634418218336174 |
| 95 | HDL CANVAS ART | 634418218032146 |
| 96 | HW WALL ART | 634418219385061 |
| 97 | GUAN MING local one | 634418219106725 |
| 100 | Jialingone local | 634418219112273 |
| 104 | LJ poster | 634418218708840 |
| 105 | ANTIPY | 634418218175731 |
| 106 | RENZI WALL ART | 634418215857053 |
| 111 | amiao Wall Art | 634418217307679 |
| 116 | poster draw | 634418219477951 |

2

| 117 | Wall Painting Art | 634418219706132 |
|---|---|---|
| 118 | Canvas Classic Art | 634418219679848 |
| 121 | Yally Wall Art | 634418217856793 |
| 122 | Gummybear Wall Art | 634418218509276 |
| 123 | Renaissance Rewind | 634418219430680 |
| 124 | Canvas Classics | 634418219509905 |
| 125 | Yangguan Poster | 634418219649523 |
| 126 | Excellent Artist | 634418217151145 |
| 127 | chic poster | 634418219808765 |
| 129 | DANIFY | 634418217210163 |
| 131 | WKB ART | 634418218202214 |
| 134 | skt poster | 634418219808991 |
| 140 | Wonderful unique poster | 634418219316678 |
| 142 | BJHG Mall | 634418216596001 |
| 144 | Thebester | 634418216912792 |
| 145 | Artful Livin Wall Wonders Aesthetic Haven | 634418219383612 |
| 151 | posters ONE | 634418219371824 |
| 153 | EXCELLENTess | 634418218562824 |
| 154 | Nice Poster House | 634418218578997 |
| 155 | Majestic poster | 634418218183664 |
| 156 | CJ Art House | 634418218411055 |
| 158 | Artistlifehappy | 634418218569005 |
| 161 | Beautiful poster style | 634418219042152 |
| 162 | DRAW DREAMS | 634418219289658 |
| 163 | JIAKE WALL ART | 634418217486438 |
| 164 | Color Poster | 634418219747767 |
| 165 | Top selling oil painting | 634418219984181 |
| 166 | Vivid Prints | 634418219881081 |
| 167 | apple poster | 634418219720704 |
| 168 | TREASUER ILAND | 634418218563530 |
| 170 | Beautiful poster house | 634418218182099 |
| 173 | Thedistance poster | 634418216655025 |
| 175 | OK poster | 634418219722020 |

3

| 176 | poster good | 634418218138790 |
|---|---|---|
| 177 | Beautiful flowers means love | 634418218147966 |
| 178 | super oil painting | 634418219480223 |
| 179 | Oil Painting Housez | 634418218408545 |
| 180 | GOODJOB SHOP | 634418219421069 |
| 181 | Artistic Impressions Posters | 634418220030922 |
| 183 | Oil Painting Arter | 634418218569039 |
| 184 | The House of Poster Art | 634418218619575 |
| 185 | Ziping oil painting shop | 634418219670395 |
| 186 | Decorative painting girl | 634418219571413 |
| 187 | Printing canvas painting | 634418218569284 |
| 188 | Oil painting lll | 634418218620067 |
| 189 | Colorful Vision poster | 634418219169831 |
| 190 | Canvas paintin one | 634418219478303 |
| 191 | The home of super oil paintings | 634418219537209 |
| 192 | A painting worth appreciating | 634418218560668 |

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defendants since Defendants directly target their business activities towards consumers in the United States, including Illinois. Specifically, Defendants have targeted sales to Illinois residents by setting up and operating at least one e-commerce store that targets United States consumers using one or more seller aliases, offering goods for sale and shipping to the United States, including Illinois, accepting payment in U.S. dollars, and using unauthorized copies of the Angela Porter Work listed in Exhibit 1 to the Complaint in connection with those sales.

THIS COURT FURTHER FINDS that Defendants are liable for copyright infringement (17 U.S.C. §§ 106 and 501, *et seq.*).

IT IS HEREBY ORDERED that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them, be permanently enjoined and

4

restrained from

   a. reproducing, distributing copies of, making derivative works of, or publicly displaying the Angela Porter Work in any manner without the express authorization of Plaintiff;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Angela Porter product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Angela Porter Work;

   c. committing any acts calculated to cause consumers to believe that Defendant's Infringing Angela Porter Work are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

   d. further infringing the Angela Porter Work and damaging Plaintiff's goodwill; and

   e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff's, nor authorized by Plaintiff to be sold or offered for sale, or any reproductions, counterfeit copies or colorable imitations thereof and/or which bear the Angela Porter Work.

2. Pursuant to the Parties' settlement agreement, Defendants shall pay Plaintiff seventy-two thousand seven hundred fifty dollars ($72,750) in damages (the "Damage Amount").

3. Temu LLC ("Temu") is ordered to transfer the Damage Amount from Defendants' accounts to Plaintiff within seven (7) calendar days of receipt of this Order.

4. The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing this Consent Judgment and Permanent Injunction. Plaintiff is authorized to seek to enforce the terms of this Consent Judgment and Permanent Injunction, and shall be entitled to

reasonable attorneys' fees and costs incurred for any action to enforce the terms of this Consent Judgment and Permanent Injunction based on the Defendant's failure to comply, in any way, with its obligations set forth herein.

IT IS SO ORDERED.

DATED: _____, 2026

_____
John J. Tharp, Jr.
United States District Judge

6