## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Angela Isabel Porter

Plaintiff,

v.

Case No.:
1:25–cv–08071

Honorable John J. Tharp Jr.

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 6, 2026:

MINUTE entry before the Honorable John J. Tharp, Jr: Plaintiff's motion to approve the consent judgment [69] is taken under advisement pending submission of evidence of the defendants' consent. At present the motion is unsupported by the settlement agreement or any other indicia of the defendant's consent. Any such evidence must be provided by 8/20/26. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.