## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

ANGELA ISABEL PORTER,

    Plaintiff,

    v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-08071

Judge John J. Tharp, Jr.

Magistrate Judge Laura K. McNally

## SUPPLEMENTAL DECLARATION OF KEITH A. VOGT
## IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF CONSENT JUDGMENT

Submitted pursuant to the Court's Minute Entry dated August 6, 2026 [70].

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANGELA ISABEL PORTER, | Case No.: 1:25-cv-08071 |
| Plaintiff, | Judge John J. Tharp, Jr. |
| v. | Magistrate Judge Laura K. McNally |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

**<u>SUPPLEMENTAL DECLARATION OF KEITH A. VOGT</u>**

I, KEITH A. VOGT, declare as follows:

1. I am an attorney admitted to practice before this Court and am the principal of Keith A. Vogt PLLC, counsel of record for Plaintiff Angela Isabel Porter ("Plaintiff") in this action. I submit this Supplemental Declaration in support of Plaintiff's Agreed Motion for Entry of Consent Judgment [69] and pursuant to the Court's Minute Entry dated August 6, 2026 [70]. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently to them.

2. This Supplemental Declaration concerns the Defendants identified in Plaintiff's Agreed Motion for Entry of Consent Judgment [69] and in the proposed Consent Judgment attached thereto (collectively, the "Defendants").

3. Plaintiff and each Defendant entered into a written Confidential Settlement Agreement resolving the claims against the Defendants in this action (the "Settlement Agreement").

4. Each Defendant executed the Settlement Agreement through the Defendants' common authorized agent whose signature appears in the Defendants' signature block. The

Settlement Agreement also represents that each party had full authority to enter into it and that the agent or other representative executing it on that party's behalf had full authority to do so.

5. The Settlement Agreement expressly provides that each Defendant consents to personal jurisdiction and venue in the court in which this action was filed—the United States District Court for the Northern District of Illinois. It further provides that the parties consent to the jurisdiction of the federal and state courts in Cook County, Illinois, for any action necessary to enforce the Settlement Agreement.

6. The Settlement Agreement required the Defendants to pay Plaintiff $72,750 by July 18, 2026. It further provides that, if the Defendants failed to make full payment by the applicable deadline, Plaintiff could file the agreed motion for entry of a consent judgment against the Defendants for the full Settlement Amount, together with the reasonable attorneys' fees and costs incurred in entering and enforcing the judgment.

7. The agreed Consent Judgment was attached to the Settlement Agreement as Exhibit A when the Defendants' authorized agent executed the Settlement Agreement. By executing the Settlement Agreement with that agreed form attached, each Defendant expressly consented to entry of that Consent Judgment upon the occurrence of the nonpayment condition stated in the Settlement Agreement.

8. The Defendants did not pay the Settlement Amount by July 18, 2026, did not provide the notice required to obtain additional time, and did not request an extension. The Settlement Amount remains unpaid. The condition authorizing Plaintiff to seek entry of the agreed Consent Judgment has therefore occurred.

9. The Defendants' consent is also reflected in the Joint Status Report filed on August 4, 2026 [68], which was signed by Defendants' counsel and states that the Defendants consented to entry of the proposed Consent Judgment when they executed the Settlement Agreement.

10. If the Court requires review of the Settlement Agreement itself, Plaintiff respectfully requests leave to submit it under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 10, 2026.

*/s/ Keith A. Vogt*
Keith A. Vogt

*Attorney for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

       The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 10, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

                                            */s/ Keith A. Vogt*
                                            Keith A. Vogt