**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ANGELA ISABEL PORTER,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:25-cv-08071

**Judge John J. Tharp, Jr.**

**Magistrate Judge Laura K. McNally**

## CONSENT JUDGMENT

This action having been commenced by Plaintiff ANGELA ISABEL PORTER ("Plaintiff") against the following Defendants ("Defendants") (collectively, the "Parties") identified on Schedule A to the Complaint, Plaintiff and Defendants have resolved all claims arising from the allegations in the Complaint:

| No. | Defendant Name | Account ID |
|---|---|---|
| 26 | TOHOMA | 634418217146871 |
| 27 | Funny Home Decor Gift | 634418216380250 |
| 33 | Popular Arts | 634418213573966 |
| 34 | Echoes on Canvas | 634418218964560 |
| 35 | ZOEY WALL ART | 634418218835634 |
| 36 | Elysian Gallery NB | 634418219818606 |
| 37 | JH WAII ART | 634418219697986 |
| 38 | wonderful poster | 634418216375121 |
| 43 | RS ART PAINTING | 634418215150703 |
| 44 | LIBERATY ART | 634418216859009 |
| 45 | GREAT ARTISTE | 634418216811002 |
| 46 | Mind Art | 634418218119687 |
| 50 | Canvas Wonder | 634418218371552 |
| 52 | WaLLICA | 634418217246950 |
| 54 | BkFuture | 601099723034054; |

| | | |
|---|---|---|
| | | 634418217949962 |
| 57 | great poster | 634418218139515 |
| 58 | OHIGOU | 634418218620481 |
| 59 | Golden Retrieve | 634418216271155 |
| 60 | AMVRAIN | 634418215995541 |
| 61 | HDE Art Painting | 634418218623798 |
| 62 | HHW Art Painting | 634418219461385 |
| 65 | Oil Painting Arts | 634418219231070 |
| 67 | Artisans Touch | 634418218335019 |
| 68 | Decorate Dreams | 634418218065338 |
| 70 | Your Art Haven | 634418219695519 |
| 71 | Ranche shop | 634418219370252 |
| 72 | Canvas Classics One | 634418219573843 |
| 73 | NB poster | 634418218649153 |
| 74 | LGYING ART | 634418219815701 |
| 75 | LLX ART | 634418219813266 |
| 76 | LCR ART | 634418219820944 |
| 83 | LWT ART | 634418219805119 |
| 84 | LYL ART | 634418219800324 |
| 85 | Artistry Haven | 634418218334841 |
| 90 | Freedom Wall Art | 634418218218325 |
| 91 | CHEN JIN HUA | 634418219878591 |
| 92 | Long zhen zhu | 634418219877495 |
| 93 | YF Art Painting | 634418219401456 |
| 94 | ZHW Wall Art | 634418218336174 |
| 95 | HDL CANVAS ART | 634418218032146 |
| 96 | HW WALL ART | 634418219385061 |
| 97 | GUAN MING local one | 634418219106725 |
| 100 | Jialingone local | 634418219112273 |
| 104 | LJ poster | 634418218708840 |
| 105 | ANTIPY | 634418218175731 |
| 106 | RENZI WALL ART | 634418215857053 |
| 111 | amiao Wall Art | 634418217307679 |
| 116 | poster draw | 634418219477951 |

| | | |
|---|---|---|
| 117 | Wall Painting Art | 634418219706132 |
| 118 | Canvas Classic Art | 634418219679848 |
| 121 | Yally Wall Art | 634418217856793 |
| 122 | Gummybear Wall Art | 634418218509276 |
| 123 | Renaissance Rewind | 634418219430680 |
| 124 | Canvas Classics | 634418219509905 |
| 125 | Yangguan Poster | 634418219649523 |
| 126 | Excellent Artist | 634418217151145 |
| 127 | chic poster | 634418219808765 |
| 129 | DANIFY | 634418217210163 |
| 131 | WKB ART | 634418218202214 |
| 134 | skt poster | 634418219808991 |
| 140 | Wonderful unique poster | 634418219316678 |
| 142 | BJHG Mall | 634418216596001 |
| 144 | Thebester | 634418216912792 |
| 145 | Artful Livin Wall Wonders Aesthetic Haven | 634418219383612 |
| 151 | posters ONE | 634418219371824 |
| 153 | EXCELLENTess | 634418218562824 |
| 154 | Nice Poster House | 634418218578997 |
| 155 | Majestic poster | 634418218183664 |
| 156 | CJ Art House | 634418218411055 |
| 158 | Artistlifehappy | 634418218569005 |
| 161 | Beautiful poster style | 634418219042152 |
| 162 | DRAW DREAMS | 634418219289658 |
| 163 | JIAKE WALL ART | 634418217486438 |
| 164 | Color Poster | 634418219747767 |
| 165 | Top selling oil painting | 634418219984181 |
| 166 | Vivid Prints | 634418219881081 |
| 167 | apple poster | 634418219720704 |
| 168 | TREASUER ILAND | 634418218563530 |
| 170 | Beautiful poster house | 634418218182099 |
| 173 | Thedistance poster | 634418216655025 |
| 175 | OK poster | 634418219722020 |

| | | |
|---|---|---|
| 176 | poster good | 634418218138790 |
| 177 | Beautiful flowers means love | 634418218147966 |
| 178 | super oil painting | 634418219480223 |
| 179 | Oil Painting Housez | 634418218408545 |
| 180 | GOODJOB SHOP | 634418219421069 |
| 181 | Artistic Impressions Posters | 634418220030922 |
| 183 | Oil Painting Arter | 634418218569039 |
| 184 | The House of Poster Art | 634418218619575 |
| 185 | Ziping oil painting shop | 634418219670395 |
| 186 | Decorative painting girl | 634418219571413 |
| 187 | Printing canvas painting | 634418218569284 |
| 188 | Oil painting lll | 634418218620067 |
| 189 | Colorful Vision poster | 634418219169831 |
| 190 | Canvas paintin one | 634418219478303 |
| 191 | The home of super oil paintings | 634418219537209 |
| 192 | A painting worth appreciating | 634418218560668 |

The Court finds that the plaintiff has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating at least one e-commerce store that targets United States consumers using one or more seller aliases, offering goods for sale and shipping to the United States, including Illinois, accepting payment in U.S. dollars, and using unauthorized copies of the Angela Porter Work listed in Exhibit 1 to the Complaint in connection with those sales.

THIS COURT FURTHER FINDS that Defendants are liable for copyright infringement (17 U.S.C. §§ 106 and 501, *et seq.*).

IT IS HEREBY ORDERED that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them, be permanently enjoined and restrained from

a. reproducing, distributing copies of, making derivative works of, or publicly displaying the Angela Porter Work in any manner without the express authorization of Plaintiff;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Angela Porter product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Angela Porter Work;

c. committing any acts calculated to cause consumers to believe that Defendant's Infringing Angela Porter Work are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d. further infringing the Angela Porter Work and damaging Plaintiff's goodwill; and

e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff's, nor authorized by Plaintiff to be sold or offered for sale, or any reproductions, counterfeit copies or colorable imitations thereof and/or which bear the Angela Porter Work.

2. Pursuant to the Parties' settlement agreement, Defendants shall pay Plaintiff seventy-two thousand seven hundred fifty dollars ($72,750) in damages (the "Damage Amount").

3. Temu LLC ("Temu") is ordered to transfer the Damage Amount from Defendants' accounts to Plaintiff within seven (7) calendar days of receipt of this Order.

4. The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing this Consent Judgment and Permanent Injunction. Plaintiff is authorized to seek to enforce the terms of this Consent Judgment and Permanent Injunction, and shall be entitled to reasonable attorneys' fees and costs incurred for any action to enforce the terms of this

Consent Judgment and Permanent Injunction based on the Defendant's failure to comply, in any way, with its obligations set forth herein.

IT IS SO ORDERED.

Date: August 18, 2026

John J. Tharp, Jr.
United States District Judge